**Order entered May 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00041-CV

## MICHAEL BELL AND LISA ANN BELL, Appellants

### V.

## MATTHEW MARKHAM, JEFFREY LYNCH, AND THE MCKINNEY DENTIST, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03485-2016**

## ORDER

Before the Court is appellee Matthew Markham's May 6, 2019 unopposed motion for extension of time to file his responsive brief. We **GRANT** the motion and **ORDER** Markham to file his responsive brief no later than May 22, 2019.

/s/     BILL WHITEHILL
JUSTICE